■ In the Matter of ROBERT CARTER, Respondent, v JOYCE WARD, Appellant. [675 NYS2d 560] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Suffolk County (Pach, J.), entered June 25, 1997, which, after a trial, *inter alia,* granted custody of the child to the father.

Ordered that the order is affirmed, without costs or disbursements.

In this custody proceeding between the parents of a child born out of wedlock, the primary concern, as in all child custody cases, is the best interests of the child (*see, Eschbach v Eschbach,* 56 NY2d 167, 171; *Matter of Paul Seth G. v Antoinette M.,* 227 AD2d 620, 622; *Matter of Guillermo R. v New York City Commr. of Social Servs.,* 210 AD2d 416). The Family Court's determination as to the child's best interests is entitled to great weight on appeal, as it was in a position to evaluate the witnesses' demeanor and credibility (*see, Matter of Lobo v Muttee,* 196 AD2d 585, 587; *Matter of Krebsbach v Gallagher,*

181 AD2d 363, 364). We conclude that the mother's arguments do not warrant a reversal of the Family Court's determination.

The mother's remaining contention is without merit. Sullivan, J. P., Pizzuto, Altman and Friedmann, JJ., concur.